

A

## SEARCH and SEIZURE WARRANT

## STATE OF NEW YORK     COUNTY OF MONROE

STATE OF NEW YORK
COUNTY OF MONROE   SS
CITY OF ROCHESTER                                                COUNTY COURT

**HONORABLE Vincent Dinolfo, Issuing Judge**

**TO ANY POLICE OFFICER OF THE MONROE COUNTY SHERIFF'S OFFICE OR ANY LAW ENFORCEMENT OFFICER.**

1) Proof, by affidavit, having been made this day made before me by Chris Toscano, a Deputy Sheriff with the Monroe County Sheriff's Office assigned to the Criminal Investigations Section and the FBI Child Exploitation Task Force, that there is reasonable cause to believe that the property described below may be found at the location listed below.

2) **YOU ARE AUTHORIZED AND DIRECTED TO SEARCH THE FOLLOWING DESCRIBED LOCATION AND SEIZE THE FOLLOWING PROPERTY AND DATA:**

   a. 1601 Willow Road, Menlo Park, California 94025

   Account records or stored data related to the following Facebook account:

   - https://www.facebook.com/longway.checkz, username longway.checkz, display name of "Longway Checkz"

   The records sought include but are not limited to account creation date and time, the e-mail address and/or phone number associated with the Facebook account, IP Addresses used in creating and subsequently accessing the account, all message activity, photos, videos, wall posts, available location data, modifications to user

names, any associated Instagram accounts, and any other data retained in relation to the described accounts. The property sought to be seized is of the kind or character described in section 690.10(3)(4) of the New York State Criminal Procedure Law constituting property used in the commission and concealment of crimes and evidence in the crime of **Promoting Prostitution in the Third Degree** which is in violation of the New York State Penal Law Article **230.25(1)** and/or the crime of **Promoting Prostitution in the Second Degree** which is in violation of the New York State Penal Law Article **230.30(2)**.

3) Said information tending to connect the user names **longway.checkz** to the crime of **Promoting prostitution in the Third Degree** and the crime of **Promoting Prostitution in the Second Degree** and that the above-described property constitutes evidence of a violation of Article **230.25(1)** and **230.30(2)** of the New York State Penal Law. You are hereby authorized to execute this search warrant and are allowed more than ten (10) days after the date of its issuance to complete its execution, if necessary. The property seized pursuant thereto shall be returned and delivered to this Court without unnecessary delay.

4) FACEBOOK shall disclose responsive data, if any, by sending to the attention of Monroe County Sheriff's Office, Deputy Chris Toscano, CETF CIS, 130 S. Plymouth Ave, Rochester, New York 14614 using the US Postal Service or another courier service, notwithstanding 18 U.S.C. 2252A or similar statute or code. Responsive data can be e-mailed to **ctoscano@monroecounty.gov** or the FACEBOOK Portal if preferred.

5) IT APPEARING that the information sought is relevant and material to an ongoing criminal investigation, and that prior notice to any person of this investigation or this application and Order entered in connection therewith would seriously jeopardize the

investigation; IT IS ORDERED that the application and this Order are sealed until otherwise ordered by the Court, and that Facebook shall not disclose the existence of the application or this Order of the Court, or the existence of the investigation, to the listed subscribers or to any other person, unless and until authorized to do so by the Court. The investigation involves a child victim at this time. It is further requested that Facebook not suspend or deactivate the accounts in question, unless and until ordered by the Court, as this may interfere with the investigation.

Dated: March 22nd, 2018
County of Monroe, State of New York

4:20 pm

Honorable Vincent Dinolfo
Monroe County Court Judge

## AFFIDAVIT FOR SEARCH WARRANT

**COUNTY OF MONROE**                                                        **COUNTY COURT**
**STATE OF NEW YORK   SS**
**CITY OF ROCHESTER**

**HONORABLE Vincent Dinolfo, Issuing Judge**

IN THE MATTER OF THE APPLICATION OF **Deputy Chris Toscano** OF THE MONROE COUNTY SHERIFF'S OFFICE, FOR A SEARCH WARRANT AUTHORIZING A SEARCH OF THE FOLLOWING DESCRIBED PREMISES:

**1601 Willow Road, Menlo Park, California 94025** described as a business, specifically **Facebook.** More specifically to search for the account records or stored data related to the following Facebook account:

- **https://www.facebook.com/longway.checkz, username longway.checkz, display name of "Longway Checkz"**

The records sought include but are not limited to account creation date and time, the e-mail address and/or phone number associated with the Facebook account, IP Addresses used in creating and subsequently accessing the account, all message activity, photos, videos, wall posts, available location data, modifications to user names, any associated **Instagram** accounts, and any other data retained in relation to the described accounts.

1) Proof, by affidavit, having been made this day made before me by Chris Toscano, a Deputy Sheriff with the Monroe County Sheriff's Office assigned to the Criminal Investigations Section and the FBI Child Exploitation Task Force, that there is reasonable cause to believe that the property described below is evidence of the crime of **Promoting Prostitution in the Third Degree in violation of Article 230.25(1) and/or the crime of Promoting Prostitution in the Second Degree in violation of Article 230.30(2) of the New York State Penal Law** and said property may be found within the premise described below.

2) **LOCATION: May be found at 1601 Willow Road, Menlo Park, California 94025.**

3) **THE PROPERTY SOUGHT TO BE SEIZED IS OF THE KIND AND CHARACTER DESCRIBED IN SECTION 690.10(3)(4) OF THE NEW YORK STATE CRIMINAL PROCEDURAL LAW, THAT BEING PROPERTY USED TO COMMIT OR CONCEAL THE COMMISSION OF A CRIME AND EVIDENCE OF THE CRIMES OF PROMOTING PROSTITUTION IN THE THIRD AND/OR SECOND DEGREE, A VIOLATION OF ARTICLE 230 OF THE NEW YORK**

**THE FOREGOING REPRESENTS THE GROUNDS FOR MY BELIEF.**

WHEREFORE, your applicant requests that the Court issue a Search Warrant directing a search for and seizure of the described property: Account records or stored data related to the following Facebook account:

- https://www.facebook.com/longway.checkz, username longway.checkz, display name of "Longway Checkz"

**THAT THE PROPERTY REFERRED TO AND SOUGHT TO BE SEARCHED CONSISTS OF:** The records sought include but are not limited to account creation data and time, the e-mail address and/or phone number associated with the Facebook account, IP Addresses used in creating and subsequently accessing the account, all message activity, photos, videos, wall posts, available location data, modifications to user names, any associated **Instagram** accounts, and any other data retained in relation to the described accounts that support evidence related to the crimes of Promoting Prostitution in the Third Degree and/or Promoting Prostitution in the Second Degree, a violation of Section 230 of the New York State Penal Law.

Pursuant to Section 690.10(3)(4) of the New York State Criminal Procedure law.

Deputy Christopher Toscano

Sworn to before me this 22nd day of March, 2018

Honorable Vincent Dinolfo

**Monroe County** **COURT JUDGE**